1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9
10   ZACHARY PAUL HARMON,                    Case No. LACV 17-9254-AB (LAL)

11                          Petitioner,      **ORDER ACCEPTING REPORT AND**
                                             **RECOMMENDATION OF UNITED**
12              v.                           **STATES MAGISTRATE JUDGE**

13   DANIEAL PARAMO, Warden,

14                          Respondent.

15
16
17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

18   Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and

19   the remaining record, and has made a *de novo* determination.

20          To the extent Petitioner attempts to raise new claims in his Objections, i.e. a <u>Miranda</u>

21   violation (Objections at 4-5) and a claim pursuant to California Penal Code section 1385

22   (Objections at 5-7), this Court declines to consider these belatedly-asserted allegations.  A

23   district court has discretion, but is not required, to consider evidence or claims presented for the

24   first time in objections to a report and recommendation.[1]  Although Petitioner is pro se, he

25   ///

26   ///

27   ///

28
     _____

     [1] <u>See</u> <u>Brown v. Roe</u>, 279 F.3d 742, 744-45 (9th Cir. 2002).

nevertheless had the opportunity to include all of his allegations at an earlier time, but failed to do so. Moreover, Petitioner's claims are not novel claims in an unsettled area of law.[2] Petitioner's Objections otherwise lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

3. The Clerk serve copies of this Order on the parties.

DATED: October 30, 2018

_____

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

_____

[2] See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013).

2