**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY PAUL HARMON,<br><br>                    Petitioner,<br><br>         v.<br><br>DANIEAL PARAMO, Warden,<br><br>                    Respondent. | Case No. LACV 17-9254-AB (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 30, 2018

                                      HONORABLE ANDRE BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE